IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
ROBERT EUGENE BRYANS,                3:14-cv-00635-JE

        Plaintiff,                   ORDER

v.

MRS. FUZI, MRS. GEILS,
and DR. DIGULLIO,

        Defendants.
```

BROWN, Judge.

    Magistrate Judge John Jelderks issued Findings and Recommendation (#30) on January 29, 2015, in which he recommends this Court construe Defendant's Motion (#24) for Judgment on the Pleadings as a motion for summary judgment and grant Defendant's Motion. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#30). Accordingly, the Court **GRANTS** Defendant's Motion (#24) for Judgment on the Pleadings.

IT IS SO ORDERED.

DATED this 23rd day of February, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER